UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                             Case No. 23-30265
                                            Originating No.4:23-CR-00143

**JAQUALEON HUDSON**
    aka "Jakafella"
    aka "The Black Heff",

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JAQUALEON HUDSON,** to answer to charges pending in another federal district, and states:

1. On **June 27, 2023** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Texas based on an Indictment**.  **Defendant is charged in that district with violation of 18 U.S.C. §1349- Conspiracy to Commit Wire Fraud; 18 U.S.C §1343- Wire Fraud.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Michael Taylor
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
michael.taylor@usdoj.gov
(313) 226-9516

Dated: June 27, 2023